Case 1:22-mj-00141-ZMF   Document 1-1   Filed

Case: 1:22−mj−00141
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 6/14/2022
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

On June 10, 2022, a mother ("RP1") walked into the 5th District Police Station in Washington, D.C. with her daughter, ("Minor Victim 1/MV1") who is 17 years old, to report an incident involving "MV1's" ex- boyfriend, Quwan Davis ("DAVIS"). "RP1" informed law enforcement that DAVIS has been texting "MV1," threatening to kill her and threatening to send sexually explicit videos of "MV1" to her family and friends. "RP1" stated that "MV1" has a current Civil Protection Order ("CPO") against DAVIS.

On June 10, 2022, law enforcement interviewed "MV1" at the 5th District Police Station outside the presence of "RP1." "MV1" stated that she first met DAVIS in March of 2021, at a hotel party in the District of Columbia, and began dating him a short time later. "MV1" stated that during the course of their relationship, she engaged in consensual sexual intercourse with DAVIS.

"MV1" stated that during the course of their relationship DAVIS would sometimes electronically record their sexual activity. "MV1" stated that she knew about some of the recordings, but there were times when DAVIS recorded the sexual activity without her knowledge.

"MV1" stated that in March of 2022, she broke off the relationship with DAVIS due to him being too controlling. "MV1" stated that on March 8, 2022, DAVIS became enraged over the break-up and sent a series of text messages to her ("MV1.") The following is a sampling of some of those text exchanges:

> DAVIS: I been begging for you to stay in my life. You don't give a fuck about shit I swear to fucking god don't go home today I promise you imma fucking kill you and then myself. I cant have u nobody can I promise you. So you go home today imma fucking slit your throat.
>
> MV1: Quwan what
>
> DAVIS: Idgaf what time of day it is you go home imma fucking kill you.

"MV1" stated that DAVIS continued to text her during the months of March and June of 2022. The following is a portion of those electronic communications:

> DAVIS: Nah I ain't the problem you are
>
> MV1: I hope you get all your joy. You are tho
>
> DAVIS: Fuck joy imma watch you suffer. Same way you made me so you could either unblock me or I send this shit to your mother along with a more and a lengthy message about all your sneaky activities you did behind her back. This is why you get blackmailed

cause you think shit is so sweet you think peoples hearts just a toy. Stop cappin its ok that's so sweet. I hope whoever you talk to next have the heart to say sum so I can bitch slap em and strip em. Never going to be able to get rid of me.

MV1: Mhm

DAVIS: Mhm you know I will and you know I'm not going to be leaving anytime soon. I will joke on and kill every nigga you think going to replace me. I am ready to die or go to jail behind this.

"MV1" stated that DAVIS did in fact send a video depicting "MV1" and DAVIS engaged in sexual intercourse to one her friends ("MW1") without her knowledge or consent. "MV1" stated that "MW1" informed her that she received the video via Instagram messaging on her cell phone, and showed her the video on her ("MW1's") Instagram message feed.

"MV1" stated that DAVIS resides and attends school in Washington, D.C. "MV1" stated that DAVIS was arrested in the District of Columbia this school year for bringing a loaded handgun to school.

Law enforcement confirmed that DAVIS was arrested and charged with CPWL on November 30, 2021, at Eastern High School, Washington, D.C. DAVIS pled guilty in connection with this offense in D.C. Superior Court case number 2021 CF2 6831 to one count of Carrying a Pistol Without a License. On March 25, 2022, DAVIS was sentenced to six months' incarceration, with the execution of that sentence suspended, as well as six years' probation.

On June 14, 2022, law enforcement showed "MV1 a photograph. "MV1" positively identified the person in the photograph as her ex-boyfriend, Quwan Davis.

## CONCLUSION

Based on the aforementioned facts, there is probable cause to believe that Quwan Davis has committed the following offenses: 18 USC § 875 (c) (Interstate Communications), on or about and between March 8, 2022 and June 10, 2022, and 18 USC § 2252(a)(2) (Distribution of Child Pornography) between March 1, 2022 and June 10, 2022.

Respectfully submitted,

_____
Timothy R. Palchak
Detective
MPDC

Subscribed and sworn to before me on this 14th day of June, 2022

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE