AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

11437123

United States of America
v.
Quwan Davis

*Defendant*

) Case: 1:22-mj-00141
) Assigned To: Magistrate Judge Zia M. Faruqui
) Assign. Date: 6/14/2022
) Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Quwan Davis

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 875 (c) (Interstate Communications);
18 USC § 2252(a)(2) (Distribution of Child Pornography).

Date: 06/14/2022

City and state:   Washington, D.C.

Zia M. Faruqui
2022.06.14 20:49:51
-04'00'

*Issuing officer's signature*

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/16/2022, and the person was arrested on *(date)* 06/16/2022
at *(city and state)* Washington, DC

Date: 06/16/2022

*Arresting officer's signature*

Justin Trotman, DUSM
*Printed name and title*